IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREGORY LEE, | ) |
| Plaintiff, | ) ) ) |
| v. | )   Case No. CIV-25-325-GLJ |
| | ) |
| FRANK J. BISIGNANO, Commissioner of the Social Security Administration, | ) ) ) ) |
| | ) |
| Defendant. | ) |

## OPINION AND ORDER

Defendant, the Commissioner of Social Security (Commissioner), has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings. Upon consideration, the Court finds Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [Docket No. 13] should be GRANTED.

Accordingly, this Court hereby **REVERSES** the Commissioner's decision under Sentence four of 42 U.S.C. § 405(g) with **REMAND** to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

**IT IS SO ORDERED** this 2nd day of December 2025.

_____
GERALD L. JACKSON
UNITED STATED MAGISTRATE JUDGE